THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY MEZICH and JASON MEZICH, wife and husband and the marital community composed therefor, and as Co-Guardians of A.M. and G.M., their minor daughters,<br><br>    Plaintiffs,<br> v.<br><br>PROGRESSIVE DIRECT INSRUANCE COMPANY,<br><br>    Defendant. | CASE NO. C21-1443-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  The parties' stipulation and proposed order of dismissal with prejudice (Dkt. No. 6) is self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the case is DISMISSED with prejudice and without costs or fees to any party.

  DATED this 20th day of December 2021.

                Ravi Subramanian
                Clerk of Court

                s/Sandra Rawski
                Deputy Clerk